O

# United States District Court
# Central District of California

| | |
|---|---|
| EMILY ELSON, STACY HAAVISTO, LORETTA OAKES, MICHELLE LANUM, SUE GRLICKY, TILLY DORENKAMP, DINA SALAS, ARLENE RODRIGUEZ, SHARON DALTON, ALLYSON MCCARTHY, SHEILA SMITH, MARY DENNIS, KELLI FREDERICK, JOEY CAMPBELL, CAROL RICHTER, AND BROOKE NEUFELD, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br>vs.<br><br>ASHLEY BLACK COMPANY, ASHLEY BLACK, ADB INNOVATIONS, LLC, ASHLEY BLACK GURU, ASHLEY DIANA BLACK INTERNATIONAL HOLDINGS, LLC, ASHLEY BLACK FASCIOLOGY LLC, ADB INTERESTS, LLC, and DOES 1-100,<br><br>               Defendants. | Consolidated Case No: 2:18-cv-00116-ODW(RAO)<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE [38]** |

Having considered the Stipulation entered into by and between Plaintiffs and Defendants, dated May 14, 2018, and good cause appearing, **IT IS HEREBY ORDERED:**

- Defendants shall have up to and including **August 14, 2018** in which to file their responsive pleadings to the Plaintiffs' Consolidated Amended Complaint.
- Plaintiffs shall have up to and including **October 15, 2018** in which to file their opposition papers.
- Defendants shall have up to and including **November 15, 2018** in which to file their reply papers.
- The hearing on Defendants' motions will be held on **December 11, 2018 at 1:30 p.m.**

**IT IS SO ORDERED.**

May 16, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**